FILED
2012 Oct-05 AM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MITCHELL COSBY,** | ) |
| | ) |
| **Plaintiff ,** | ) |
| | ) |
| v. | ) Case No. 4:12-CV-2089-VEH-RRA |
| | ) |
| **JOSEPH HEADLEY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on September 10, 2012, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTE**D and the recommendation is **ACCEPTED**.  Accordingly, this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

**DONE** this the 5th day of October, 2012.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge